UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC., <br> Plaintiff, <br> v. <br> IBM CORPORATION, <br> Defendant. | Case No. 14-cv-03933-JST <br><br> **ORDER MODIFYING THE SCHEDULING ORDER** <br><br> Re: ECF Nos. 29, 48 |

The Court entered a Scheduling Order requiring that the parties exchange audio/visual materials ten court days before the November 17, 2015 tutorial and raise disputes regarding the format, scope, or content of the tutorial to the Court's attention at least five court days before the November 17, 2015 tutorial. ECF No. 29. On November 6, 2015, the parties filed a joint stipulation and proposed order requesting that the Court enter an order modifying the Scheduling Order. ECF No. 48. The parties request that the Court allow the parties to exchange audio/visual materials on November 12, 2015 and objections on November 13, 2015. Id. Pursuant to the parties' stipulation, the Court modifies the Scheduling Order to allow the parties exchange audio/visual materials on November 12, 2015. The Court will not receive objections.

IT IS SO ORDERED.

Dated: November 9, 2015

_____
JON S. TIGAR
United States District Judge