UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC., | CASE NO. 3:14-cv-03933-JST |
| Plaintiff, | [PROPOSED] ORDER TO BRING EQUIPMENT INTO COURTHOUSE |
| vs. | |
| IBM CORPORATION, | Hon. Jon S. Tigar |
| Defendant. | |

In connection with the upcoming tutorial hearing before the Court on November 17, 2015 and the claim construction hearing on December 15, 2015, the parties' counsel and/or their authorized agents are hereby authorized to bring the following equipment into this Court at its San Francisco location: (1) laptop computers to run the Parties' respective presentations; (2) a projector and screen(s) for displaying the Parties' respective presentations; (3) one or more carts or stands for the presentation equipment; (3) video and power cables for the presentation equipment; and (4) speakers to play audio (if necessary).

**IT IS SO ORDERED.**

DATED: ___November 13___ 2015

By: _____
Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*