BRUCE J. WECKER (CA Bar. No. 078530)
bwecker@hausfeldllp.com
CHRISTOPHER L. LEBSOCK (CA Bar.
No.184546)
clebsock@hausfeldllp.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Attorneys for Plaintiff Twin Peaks Software Inc.*

Robert W. Stone (CA Bar No. 163513)
robertstone@quinnemanuel.com
Andrew J. Bramhall (CA Bar No. 253115)
andrewbramhall@quinnemanuel.com
Brice C. Lynch (CA Bar No. 288567)
bricelynch@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
T:  650.801.5000
F:  650.801.5100

*Attorneys for Defendant IBM Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWIN PEAKS SOFTWARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> IBM CORPORATION, <br><br> Defendant. | CASE NO. 3:14-cv-03933-JST <br><br> **JOINT STIPULATION REQUESTING LEAVE TO FILE FIRST AMENDED JOINT CLAIM CONSTRUCTION STATEMENT** <br><br><br> Hon. Jon S. Tigar |

**JOINT STIPULATION**

Plaintiff Twin Peaks Software Inc. ("Twin Peaks") and Defendant International Business Machines Corporation ("IBM"), by and through their respective counsel of record, hereby make a stipulated request to amend the Joint Claim Construction and Pre-Hearing Statement (Patent L.R. 4-3) ("Joint Statement") (Dkt. No. 39) and hereby provide notice to the Court that certain claim construction disputes have been resolved;

WHEREAS, the Parties file this stipulation and notice in light of a mutual agreement having been reached between the Parties resolving certain issues raised during claim construction briefing and discovery;

WHEREAS, counsel for the Parties, having met and conferred, agreed to amend the Joint Statement to reflect (1) IBM's indefiniteness arguments and alternative constructions for certain terms in claims 1 and 4 of U.S. Patent No. 7,418,439 ('the '439 Patent), and (2) Twin Peaks' withdrawal of its assertion of claim 2 of the '439 patent against IBM;

WHEREAS, the Parties have not previously amended or otherwise modified the Joint Statement filed on July 15, 2015;

WHEREAS, at the Technical Tutorial on November 17, 2015, the Parties informed the Court that they would be filing an Amended Joint Claim Construction Statement and Pre-Hearing Statement that would identify the terms to be construed and provide an order in which those terms would be argued at the *Markman* hearing;

WHEREAS, the Parties make a stipulated request for the Court to grant leave to file the Proposed First Amended Joint Claim Construction Statement and Pre-Hearing Statement (Patent L.R. 4-3), attached hereto as Exhibit A.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by Twin Peaks and IBM, through their respective counsel, that the Parties shall file the First Amended Joint Claim Construction Statement and Pre-Hearing Statement (Patent L.R. 4-3), attached hereto as Exhibit A.

1     **IT IS SO STIPULATED.**

2

3     DATED: December 11, 2015       QUINN EMANUEL URQUHART & SULLIVAN, LLP

4

5                               By   */s/ Andrew J. Bramhall*

6                                   Andrew J. Bramhall
                                  Attorney for Defendant International Business

7                                   Machines Corporation

8

9     DATED: December 11, 2015       HAUSFELD LLP

10

11                               By   */s/ Bruce J. Wecker*

12                                   Bruce J. Wecker
                                  Attorneys for Plaintiff Twin Peaks Software Inc..

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

          CASE NO. 3:14-cv-03933-JST
JOINT STIPULATION REQUESTING LEAVE TO FILE
FIRST AMENDED JOINT CLAIM CONSTRUCTION STATEMENT

1

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5

DATED: <u>December 14,</u> 2015

6

7

By_____

8

Honorable

UNITED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Andrew J. Bramhall, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED: December 11, 2015                 By  _/s/ Andrew J. Bramhall_____
                                              Andrew J. Bramhall

                                              Attorney for Defendant International Business
                                              Machines Corporation